Fill in this information to identify your case:

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____   Chapter  11

☐ Check if this an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Rocksolid Granit (USA) LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

   83-2983483

3. **Debtor's federal Employer Identification Number (EIN)**

4. **Debtor's address**

   **Principal place of business**
   1565 NW 36th St.
   Miami, FL 33142
   Number, Street, City, State & ZIP Code

   Miami-Dade
   County

   **Mailing address, if different from principal place of business**
   8041 Haywood Taylor Blvd
   Sebring, FL 33870
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Rocksolid Granit (USA) LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Rocksolid Granit (USA) LLC**
_____     Case number (*if known*) _____
Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____
Relationship _____
Case number, if known _____

11. **Why is the case filed in this district?**
Check all that apply:
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**
Check one:
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. **Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Rocksolid Granit (USA) LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Rocksolid Granit (USA) LLC**                                    Case number (*if known*) _____
          Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/28/23
              MM / DD / YYYY

X  /s/ [signature]                                              Ilaria Di Landro
   Signature of authorized representative of debtor              Printed name

   Title  **Chief Financial Officer**

**18. Signature of attorney**

X  /S/ Edward J. Peterson                                        Date  12/28/23
   Signature of attorney for debtor                                    MM / DD / YYYY

   **Edward J. Peterson**
   Printed name

   **Johnson, Pope, Bokor,**
   Firm name

   **Ruppel & Burns, LLP**
   **401 East Jackson Street #3100**
   **Tampa, FL 33602**
   Number, Street, City, State & ZIP Code

   Contact phone  813-225-2500         Email address  edwardp@jpfirm.com

   **0014612 - Florida FL**
   Bar number and State

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 5

Debtor   **Rocksolid Granit (USA) LLC**_____   Case number (*if known*) _____
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA_____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **E-Stone USA Corporation**_____ | Relationship to you | **Affiliate** |
| District | **Southern District of Florida**_____ When _____ | Case number, if known | |
| Debtor | **Rocksolid Granit (USA), Inc.**_____ | Relationship to you | **Affiliate** |
| District | **Southern District of Florida**_____ When _____ | Case number, if known | |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 6

**Fill in this information to identify the case:**

Debtor name: **Rocksolid Granit (USA) LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration   **Voluntary Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/28/23           x /s/ Ilaria Di Landro
                                  Signature of individual signing on behalf of debtor

                                  **Ilaria Di Landro**
                                  Printed name

                                  **Chief Financial Officer**
                                  Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of Florida

In re  **Rocksolid Granit (USA) LLC** _____  Case No. _____
                                    Debtor(s)                  Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **12/28/23**

_[signature]_
Ilaria Di Landro/Chief Financial Officer
Signer/Title

FirstBank Puerto Rico
800 Waterford way #800
Miami, FL 33126

Highlands County Tax Collector
540 S. Commerce Ave
Sebring, FL 33870

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Miami-Dade Tax Collector
200 NW 2nd Ave
Miami, FL 33128

Nicole Zimmerman
c/o Libeler Gonzalez & Portuondo
44 W Flagler Street
Miami, FL 33130

US Small Business Admin
2 North Street #320
Birmingham, AL 35203